IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 4:22-CR-26-CDL-MSH |
| | : | |
| HAKIM RAHMING (001) | : | |
| JOSHUIA BROWN (004) | : | |
| JOSEPH KENT (006) | : | |
| KENDALL BRATCHER (007) | : | |
| | : | |
| Defendants. | : | |

## ORDER

Defendants Hakim Rahming, Joshuia Brown, Joseph Kent, and Kendall Bratcher, were scheduled for a Pretrial Conference on Tuesday, January 24, 2023, at 10:30 a.m. Defendants were indicted on November 9, 2022 (Doc. 1). Hakim Rahming had his initial appearance and arraignment on December 7, 2022 (Doc. 12). Joshuia Brown, Joseph Kent, and Kendall Bratcher had their initial appearances and were arraigned on December 7, 2022 (Doc. 52 – 54). Robert Cook, another co-defendant, is scheduled for his arraignment on January 25, 2023. One remaining defendant (Darryl McCall) has still not been arrested. Defendants Rahming, Kent, and Bratcher have jointly moved to continue the pretrial conference and continue the trial of this case to the Court's September 2023 jury trial term. The Government has joined in that Motion.

1

IT IS HEREBY ORDERED that the above-referenced matter be continued to the next term of Court set for **September 2023**, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act. The Court reminds counsel that another continuance is unlikely absent exceptional circumstances.

SO ORDERED, this **18th** day of **January 2023**.

S/Clay D. Land
Clay D. Land, U.S. District Judge